ACCEPTED
02-15-00371-CV
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
12/29/2015 11:17:36 AM
DEBRA SPISAK
CLERK

## 02-15-00371-CV

In the Court of Appeals
For the Second District of Texas at Fort Worth

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
12/29/2015 11:17:36 AM
DEBRA SPISAK
Clerk

**THE CARMICHAEL FAMILY TRUST by and through
MICHAEL G. CARMICHAEL and JEANETTE C. CARMICHAEL,
Husband and Wife,**

*Appellant,*

**v.**

**KRONE MEDICAL PROPERTIES, LP and Its General Partner,
KRONE PROPERTY MANAGEMENT, LLC,**

*Appellee.*

On Appeal from the 355th Judicial District Court
of Hood County, Texas
Cause Number C-2014014
The Honorable Ralph H. Walton, Jr., Presiding Judge

## APPELLEES' UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO APPELLANT'S PETITION FOR INTERLOCUTORY APPEAL

*Attorneys for Appellees*

| | |
|---|---|
| **MACDONALD DEVIN, PC**<br>1201 Elm Street,<br>3800 Renaissance Tower<br>Dallas, Texas 75270-2130<br>214.744.3300 Telephone<br>214.747.0942 Facsimile | **Clayton E. Devin**<br>Texas Bar No. 05787700<br>CDevin@MacdonaldDevin.com<br>**Bryan Rutherford**<br>Texas Bar No. 24025628<br>BRutherford@MacdonaldDevin.com |

- 1 -

977286.1    372.713

In the Court of Appeals
For the Second District of Texas at Fort Worth

**THE CARMICHAEL FAMILY TRUST by and through
MICHAEL G. CARMICHAEL and JEANETTE C. CARMICHAEL,
Husband and Wife,**
*Appellant,*

**v.**

**KRONE MEDICAL PROPERTIES, LP and Its General Partner,
KRONE PROPERTY MANAGEMENT, LLC,**
*Appellee.*

On Appeal from the 355th Judicial District Court
of Hood County, Texas
Cause Number C-2014014
The Honorable Ralph H. Walton, Jr., Presiding Judge

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 10.5(b), Appellees Krone

Medical Properties, LP and Its General Partner, Krone Property Management, LLC

(collectively, "Krone") move for an eleven-day extension of time in which to file their

Appellees' Response to Appellant's Petition for Permission to Appeal Order

Granting partial Summary Judgment, with a new deadline of December 29, 2015.

977286.1   372.713

## I.

The current deadline to file Appellees' Response was December 18, 2015. *See* TEX. R. APP. P. 10.5(b)(1)(A). Appellees respectfully request an eleven-day extension, making their Appellees' Brief due on December 29, 2015. *See* TEX. R. APP. P. 10.5(b)(1)(B). This Court has not previously granted an extension of time with respect to this deadline. *See* TEX. R. APP. P. 10.5(b)(1)(D). Counsel for Appellees has conferred with counsel for Appellant, who is unopposed to the requested extension. *See* TEX. R. APP. P. 10.3(a)(2).

## II.

As further facts to reasonably explain the need for an extension of time, Appellees' counsel have been or are actively involved in several appellate and litigation matters with deadlines that have precluded their undivided attention to the research, record review, and drafting of Appellees' Brief under the current deadlines. *See* TEX. R. APP. P. 10.5(b)(1)(C). These matters include:

1. *Stetson Petroleum Corp. v. Trident Steel Corp., et al.*, no. 4:14-cv-00043, in the U.S. District Court for the Eastern District of Texas-Sherman Division, provide appellate support with respect to multi-party oilfield lawsuit with numerous deadlines in early December 2015;

2. *Jose Simon Cutz v. Charles Louis Dennis, et al.*, no. DC-13-05125, in the 68th Judicial District Court of Dallas County, provide appellate support with respect to multi-party injury lawsuit that went to trial on December 1, 2015;

2 <span style="float:right">977286.1   372.713</span>

3. *In re Lindsay Jean Brown*, no. F1515390A, in the County Court of Walker County, analyze interlocutory appellate remedies from the trial court's December 8, 2015 Order denying venue transfer;

4. *Elizabeth Thomas v. Meritage Homes of Texas LLC, et al.*, no. 01-15-00863-CV, in the First Court of Appeals, analyze appellate record and draft motion to dismiss appeal for filing December 11, 2015;

5. *Diamondback E&P, LLC v. Permian Power Tong, Inc.*, no. CV-49854, in the 441st District Court of Midland County, analyze judgment entered on December 11 following six-day jury trial, and develop appellate strategy;

6. *Richard Bryan, et al. v. Angelo Mark Papalia*, no. 14-15-00802-CV, in the Fourteenth Court of Appeals, analyze Clerk's Record to ensure complete record was filed, prior to December 21, 2015 deadline for filing of the Reporter's Record;

7. *Robert Bustillos v. Misty Bustillos*, no. DF-13-12381, in the 330th Judicial District Court of Dallas County, draft pre-trial filings in *pro bono* family case, for filing the week of December 28, 2015; and

Additionally, the undersigned counsel was out of the office several afternoons in December for physical therapy following an injury to his right hand, and attempted unsuccessfully to complete Appellees' Response prior to the existing deadline. The foregoing facts are within the personal knowledge of the undersigned counsel, so no verification is required. *See* TEX. R. APP. P. 10.2.

977286.1    372.713

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellees respectfully pray that this Court enter an order granting Appellees' motion to extend the time to file Appellees' Response to December 29, 2015, and for general relief.

Respectfully submitted,

_____

**Clayton E. Devin**
Texas Bar No. 05787700
CDevin@MacdonaldDevin.com
**Bryan Rutherford**
Texas Bar No. 24025628
BRutherford@MacdonaldDevin.com
**MACDONALD DEVIN, PC**
3800 Renaissance Tower
1201 Elm Street
Dallas, Texas  75270
214.744.3300 telephone
214.747.0942 facsimile
**Attorneys for Appellees**

977286.1    372.713

## CERTIFICATE OF CONFERENCE

I certify that, on December 18 and 28, 2015, I conferred with Mary H. Smith, appellate counsel for Appellant, regarding the merits of this motion, and she indicated that Appellant is unopposed.

_____
**Bryan Rutherford**


## CERTIFICATE OF SERVICE

Pursuant to TEX. R. APP. P. 9.5(e), the undersigned hereby certifies that a true and correct copy of the foregoing motion was sent in the manner indicated on December 29, 2013, to:

*Via eFiling*
David Keltner
Jody Sanders
Mary H. Smith
KELLY, HART & HALLMAN, LLP
201 Main St, Suite 2500
Fort Worth, Texas 76102
**Attorneys for Appellant**

_____
**Bryan Rutherford**

977286.1   372.713